**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUANE TIPTON,<br>    #69967<br><br>         Plaintiff,<br>vs.<br><br>JACK PALMER,<br><br>         Defendant. | 3:10-cv-00275-RCJ-RAM<br><br>**ORDER** |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. On August 11, 2010, the court granted plaintiff leave to proceed *in forma pauperis* (docket #6). In the same order, plaintiff was directed to file an amended complaint to cure the deficiencies of the original complaint (*id.*). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for the failure of plaintiff to file an amended complaint.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE