AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

DUANE TIPTON
    #69967

       Plaintiff,            JUDGMENT IN A CIVIL CASE
V.
                             CASE NUMBER:  **3:10-CV-00275-RCJ-RAM**

JACK PALMER,

     Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** for the failure of plaintiff to file an amended complaint.

  October 21, 2010                            **LANCE S. WILSON**
                                                           Clerk

                                                         /s/ D. R. Morgan
                                                       Deputy Clerk